# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRANCISCO ORTEGA-LAZO,<br>　aka "Ricardo Contreras-Valerio,"<br><br>　　　　Defendant. | Case No. 2:21-mj-00926-VCF<br><br>**Order Directing Probation to Prepare a Criminal History Report [Proposed]** |

　　　Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

　　　IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

　　　DATED this  5th  day of November, 2021.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HONORABLE CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE