# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-MJ-00926-VCF-1 |
| Plaintiff, | **ORDER** |
| v. | |
| FRANCISCO ORTEGA-LAZO, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on February 15, 2022 at the hour of 4:00 p.m., be vacated and continued to April 1, 2022 at the hour of 4:00 pm in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this 14th day of February, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

3