1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

2

UNITED STATES OF AMERICA,

3

      Plaintiff,

4

      v.                                                   Case No. 2:21-mj-00926-VCF

5

FRANCISCO ORTEGA-LAZO,                      **ORDER**

6

      Defendant.

7

8

9        Based on the Stipulation between the defense and the government and good cause

10  appearing,

11        IT IS THEREFORE ORDERED that the Preliminary Hearing in the above-captioned

12  matter currently scheduled for June 1, 2022, at 4:00 p.m. be vacated and continued to

13  August 1, 2022, at 4:00 p.m. in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

14        DATED this 31st day of May, 2022.

15

16        _____

17        HONORABLE CAM FERENBACH
          UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

3